UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MARGARET L. ST. CLAIR, | Civil No. C11-5486-RAJ-MAT |
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's

Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended

as follows:

• Defendant shall have up to and including January 24, 2012, to file Defendant's

responsive brief; and

• Plaintiff shall have up to and including February 7, 2012, to file a reply brief.

DATED this 14th day of December, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1    ORDER - [C11-5486-RAJ-MAT]

1

2    Presented by:

3    s/ Franco L. Becia
     FRANCO L. BECIA
4    Special Assistant U.S. Attorney
     Office of the General Counsel
5    Social Security Administration
     701 Fifth Avenue, Suite 2900 M/S 221A
6    Seattle, WA 98104-7075
     Telephone:  (206) 615-2114
7    Fax:  (206) 615-2531
     franco.l.becia@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23