UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARET L. ST. CLAIR, | ) |
| | ) CASE NO. C11-5486-RAJ |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| MICHAEL ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff brought this action to seek judicial review of the denial of her application for Disability Insurance Benefits by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 16.)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) provide a *de novo* hearing and a new decision pursuant to sentence four of 42 U.S.C. § 405(g); (2) re-evaluate and further develop the medical evidence or record; (3) re-evaluate steps two and three of the

sequential evaluation process; (4) re-evaluate plaintiff's RFC; and (5) re-evaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, if necessary. The parties further agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Given the above, the Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 25th day of January, 2012.

Mary Alice Theiler
United States Magistrate Judge